## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September, 2019, I caused to be served a copy of the attached Notice of Supplemental Authority upon all other parties in this case by email to the following counsel:

Jennifer Lee Taylor
Sabrina Larson
Nicholas T. Herrera
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Email: jtaylor@mofo.com
slarson@mofo.com
nherrera@mofo.com

Jamie A. Levitt
Michael B. Miller
Sarah L. Prutzman
Janie C. Buckley
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Email:jlevitt@mofo.com
mbmiller@mofo.com
sprutzman@mofo.com
jbuckley@mofo.com

Jonathan G. Polak
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
Phone: (317) 713-3500
Facsimile: (317) 713-3699
jpolak@taftlaw.com

Philip R. Bautista
Daniel H. Bryan
JoZeff W. Gebolys
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Phone: (216) 241-2838
Facsimile: (216) 241-3707
pbautista@taftlaw.com
dbryan@taftlaw.com
jgebolys@taftlaw.com

Daniel R. Warncke
Alex Wallin
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 381-2838
Facsimile: (513) 381-0205
warncke@taftlaw.com
awallin@taftlaw.com

Leah H. Mayersohn, Esq.
Mariam Zaki, Esq.
Mayersohn Law Group, P.A.
101 N.E. Third Avenue, Suite 1250
Fort Lauderdale, FL 33301
Phone: (954) 765-1900
Facsimile: (954) 713-0702
service@mayersohnlaw.com
lmayersohn@mayersohnlaw.com

| | |
|---|---|
| Dated: September 11, 2019 | TAFT STETTINIUS & HOLLISTER LLP |
| | |
| | By:  **/s/ Jonathan G. Polak** |
| | Jonathan G. Polak (IN Bar No. 219-54-49)* |
| | One Indiana Square, Suite 3500 |
| | Indianapolis, IN 46204 |
| | Telephone: 317.713.3532 |
| | Facsimile: 317.713.3699 |
| | Email: jpolak@taftlaw.com |
| | |
| | *Attorneys for Non-Party Hammond, Kennedy, Whitney & Company, Inc.* |